IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-3055-D

LINWOOD DUFFIE, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
GOVERNOR ROY COOPER, et al., )
)
    Defendants. )

On February 17, 2021, Linwood Duffie ("Duffie") and six other state inmates proceeding pro se filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. On February 18, 2021, Magistrate Judge Robert B. Jones, Jr. directed all plaintiffs to either pay the filing fee or submit an application to proceed without prepayment of fees [D.E. 4]. Duffie did not personally sign the complaint or correct the deficiency noted in Magistrate Judge Jones's February 18, 2021 order. See Compl. [D.E. 1] 15; cf. Fed. R. Civ. P. 11(a). On June 17, 2021, the court dismissed without prejudice Duffie's claims [D.E. 27]. On July 21, 2021, the court granted Duffie's motion for reconsideration and directed Duffie to file one signed amended complaint and either pay the filing fee or submit an application to proceed without prepayment of fees [D.E. 31]. The court warned Duffie that failure to comply with the court's order would result in dismissal of the action with prejudice, and the court sent him a form complaint and an application to proceed without prepayment of fees. See id. at 2–3.

Duffie has not filed his complaint, and the time within which to do so has expired. The court DISMISSES the action WITH prejudice. See Fed. R. Civ. P. 41(b); Bryan v. Bristol-Myers Squibb Co., 588 F. App'x 273 (4th Cir. 2014) (per curiam) (unpublished); Hathcock v. Navistar Int'l Transp. Corp., 53 F.3d 36, 40–41 (4th Cir. 1995); Seabrooke v. Hairsine, No. 6:18-2543-BHH-KFM, 2018

WL 5624163, at *3 (D.S.C. Oct. 4, 2018) (unpublished), report and recommendation adopted, 2018 WL 5617939 (D.S.C. Oct. 30, 2018) (unpublished). The clerk shall close the case.

SO ORDERED. This 25 day of August, 2021.

                                                  /s/ Dever
                                                  JAMES C. DEVER III
                                                  United States District Judge