UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LINWOOD DUFFIE,<br>               Plaintiff,<br>v.<br>GOVERNOR ROY COOPER, JOHN<br>GODFREY and MARSHALL PIKE,<br>               Defendants. | **Judgment in a Civil Case**<br><br>Case Number: 5:21-CT-3055-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration after the issuance of an order directing plaintiff to file an amended complaint.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.

This Judgment Filed and Entered on August 25, 2021, with service on:
Linwood Duffie 0113093 Harnett Correctional Institution P.O. Box 1569 Lillington, NC 27546 (via U.S. Mail)

August 25, 2021

Peter A. Moore, Jr.
Clerk of Court

By: *[signature]*
Deputy Clerk